IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.                                                      No. 4:07CR00236 GTE

JERMAINE TYRONE JONES

## FINAL ORDER OF FORFEITURE

WHEREAS, on June 10, 2008, this Court entered a Preliminary Order of Forfeiture, ordering defendant to forfeit his interest in the following:

**(1)   S.W.D. Model M-11, 9mm caliber pistol, serial number 88-0006069;**
**(2)   Clip and ammunition**

WHEREAS, the United States caused to be published in the Arkansas Democrat Gazette, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order. and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

WHEREAS, no claims were filed by any persons with respect to any of the property described herein;

WHEREAS, the Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to Title 18, U.S.C.§ 924(d) and  Title 28 U.S.C. § 2461(c).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

```
(1)   S.W.D. Model M-11, 9mm caliber pistol, serial number
      88-0006069;
(2)   Clip and ammunition
```

are hereby forfeited to the United States of America pursuant to Title 18, U.S.C.§ 924(d) and Title 28, U.S.C. § 2461(c) .

    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title, and interest in all of the property set forth above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

    IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

    IT IS SO ORDERED this 25th day of August, 2008.


                                      ____/s/Garnett Thomas Eisele_____

                                      UNITED STATES DISTRICT JUDGE